**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:  Ex parte Leslie Palomo

Appellate case number:  01-21-00707-CR

Trial court case number:  CV-0088967

Trial court:  County Court at Law No. 2 of Galveston County

      This case was abated and remanded to the trial court for the trial court to execute a certification of appellant's right to appeal. On August 29, 2022, the trial court clerk filed a supplemental clerk's record in this Court, containing a certification that appellant has the right to appeal. Accordingly, we **REINSTATE** this case on the Court's active docket.

Judge's signature: ___/s/ Sarah Beth Landau_____
           ☒ Acting individually    ☐ Acting for the Court

Date: __September 8, 2022_____